UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DIANA COATES, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. G-10-71 |
| | § | |
| BRAZORIA COUNTY TEXAS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER EXTENDING TIME FOR VOIR DIRE

The plaintiff's unopposed motion to extend time for attorney-directed voir dire is GRANTED.

Each party shall have 30 minutes of attorney-directed voir dire.

The parties are ordered to exchange proposed questions and provide those questions to the Court within 10 days of this Order. The Court will then prepare a single questionnaire.

SIGNED at Houston, Texas this 14th day of February, 2012.

_____
Kenneth M. Hoyt
United States District Judge