IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DIANA COATES and § | | |
| MARGO GREEN, § | | |
| *Plaintiffs* § | | |
| § | | |
| vs. § | C.A. No. 3:10-CV-71 | |
| § | | |
| BRAZORIA COUNTY, and § | | |
| JAMES BLACKSTOCK, § | **JURY TRIAL DEMANDED** | |
| *Defendants* § | | |

## PLAINTIFFS' MOTION TO HAVE THE JURY VIEW JUROR PREPARATION VIDEO

Plaintiffs Diana Coates and Margo Green request that the venire pool be allowed to view the juror preparation video recording entitled "Called to Serve." This orientation video was created by the Federal Judicial Center. The Video starts off with Chief Justice John Roberts of the United States Supreme Court welcoming prospective petit jurors to the federal courts. The Video provides the jurors with an overview of the jury selection and trial processes.

Using real former jurors, the video details their reactions to being summoned, the jury selection process, the presentation of evidence, and deliberation. The former jurors share their experiences with the goal of making others, particularly "first time" jurors, feel more comfortable and better prepared.

Along with Chief Justice Roberts, Retired Justice Sandra Day O'Connor and

1

Associate Justice Sam Alito provide insight and attest to the importance and value of jury service.  Viewing of this video by prospective jurors has been endorsed and encouraged by a number of federal district courts, including the Federal District Courts of Louisiana, Virginia, Wisconsin, and others.  The video has a few different versions, but the one used in Louisiana is approximately 20 minutes in length and succinctly educates jurors on both what to expect and what is expected from them.

The video will be provided to the Court on a separate disk, or may be located at the following location on the Internet:

http://www.laed.uscourts.gov/Jury/CalledToServe_sm.wmv.

Viewing the "Called to Serve" video is likely to be of benefit to the jury pool and, in particular, the selected members of the petit jury by making them feel more comfortable and at ease.  Plaintiffs respectfully request that the video be shown to the full jury pool at a time of the Court's choosing, prior to voir dire.  Plaintiffs will provide all equipment necessary or discuss with the Court's staff the equipment necessary to play the video.

## REQUEST FOR EXPEDITED RESPONSE

Because this matter is less than 21 days from trial, Plaintiffs respectfully request that the Court order any response from either Defendant in this matter be filed on an expedited basis to allow prompt consideration and decision of

Plaintiffs' Motion.

Respectfully submitted,

JACQUELINE A. ARMSTRONG

*/s/ Iain G. Simpson*
_____
Jacqueline A. Armstrong
Texas Bar No. 01329990
SDTX Admission No. 10740
11111 Katy Freeway, Suite 910
Houston, Texas  77079
Tel: (713) 973-5711
Fax: (713) 973-5710

ATTORNEY FOR DIANA COATES
AND MARGO GREEN

OF COUNSEL:

Thomas H. Padgett, Jr.
Texas Bar No. 15405420
SDTX Admission No. 115544
4809 Pine Street
Bellaire, Texas 77401
(832) 335-9134
(713) 664-2049 – facsimile

Iain G. Simpson
SIMPSON, P.C.
Texas Bar No. 00791667
SDTX Admission No. 23615
P.O. Box 924555
Houston, Texas 77292-4555
(281) 989-0742
(281) 596-6960 – facsimile

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on February 6, 2013, I electronically filed the foregoing Motion to Have the Jury View Jury Preparation Video in the Southern District using the Court's ECF system which will transmit a Notice of Electronic Filing on all other counsel of record.

/s/ Iain G. Simpson
_____
Iain G. Simpson

## CERTIFICATE OF CONFERENCE

On February 5, 2013, Jacqueline A. Armstrong, Plaintiffs' lead counsel, attempted to contact opposing counsel Barry Abrams, Rusty Hardin and Anthony Griffin via telephone to seek agreement to have the jury pool view the video entitled "Called to Serve" prior to voir dire. Despite leaving a message and call-back number, Ms. Armstrong was unable to reach any of opposing counsel. Consequently, Plaintiffs must assume the foregoing Motion is opposed.

/s/ Iain G. Simpson
_____
Iain G. Simpson