IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DIANA COATES AND | § | |
| MARGO GREEN | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. 3:10-CV-71 |
| V. | § | **JURY TRIAL DEMANDED** |
| | § | |
| BRAZORIA COUNTY, TEXAS AND | § | |
| JAMES BLACKSTOCK, INDIVIDUALLY | § | |
| Defendants. | § | |

## PROPOSED QUESTIONS FOR JUROR QUESTIONNAIRE
## SUBMITTED BY BRAZORIA COUNTY

In accordance with the Court's February 14, 2012 Order extending time for

voir dire, Brazoria County, Texas (the "County") submits the attached proposal for

a preliminary informational questionnaire to be submitted as part of the jury selection

process. A copy of this proposal has been exchanged with counsel for the other

parties. Counsel for Plaintiffs Diana Coates and Margo Green and Counsel for

Defendant James Blackstock agree with the attached proposal.

Respectfully submitted,

/s/ Barry Abrams
Barry Abrams
Southern Dist. Bar No. 2138
State Bar No. 00822700

ATTORNEY-IN-CHARGE FOR
DEFENDANT BRAZORIA COUNTY, TEXAS

OF COUNSEL:
Susan L. Bickley
Southern District Bar No. 6869
State Bar No. 02298150
BLANK ROME LLP
700 Louisiana, Suite 4000
Houston, Texas 77002
Tel: (713) 228-6601
Fax: (713) 228-6605

Russell Hardin, Jr.
Southern Dist. Bar No. 19424
RUSTY HARDIN & ASSOCIATES, LLP
Jennifer E. Brevorka
Texas Bar No. 24082727
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Tel: (713) 652-9000
Fax: (713) 652-9800

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with all counsel of record who state they agree to the submission of this jury questionaire.

/s/ Susan L. Bickley
Susan L. Bickley

## CERTIFICATE OF SERVICE

I certify that all counsel of record who are Filing Users of the Electronic Case Files System of the Southern District of Texas have been served a true and correct copy of the foregoing by electronic submission for filing on February 8, 2013.

> Ms. Jacqueline A. Armstrong
> Attorney at Law
> 11111 Katy Freeway, Suite 91
> Houston, Texas 77079
>
> Mr. Iain G. Simpson
> Simpson, P.C.
> P.O. Box 924555
> Houston, Texas 77292-4555
>
> Mr. Thomas H. Padgett, Jr.
> Attorney at Law
> 4809 Pine Street
> Bellaire, Texas 77401

/s/ Barry Abrams
Barry Abrams

NAME: _____ JUROR NUMBER _____

## TO PROSPECTIVE JURORS

This questionnaire is part of the jury selection process. As you complete this questionnaire, please

keep in mind the following:

- You must answer *all* of the questions, and you must answer each of those questions *completely*.

- You must answer each question by yourself without the help of anyone else.

- If you need help for any reason, you may ask one of the Court's assistants.

- You must not discuss the questions or your answers with anyone during or after completing the questionnaire, until you are released by the Court.

- If you need more room to answer a question, feel free to continue your answer on the attached blank pages of this questionnaire. Please indicate the number of each question you are answering on the attached blank pages.

- You have been placed under oath and are a potential juror for a pending court case and you must follow the rules you have been given by the Court.

- Please sign in the space provided below the oath.

I do solemnly swear that the answers I have given to the attached questions concerning my qualifications as a juror are true, so help me God.

_____

Signature of Juror

NAME: _____ JUROR NUMBER _____

1. How long have you lived at your current address?_____
   Do you live in a: □ House □ Apartment/Condominium □ Mobile Home □ Other
   (please describe)_____

   Do you: □ Own your home □ Rent your home □ Other
   (please explain)_____

2. Please tell us about your employment (Check all that apply): □ Full time □ Part time
   □ Self-employed
   □ Homemaker □ Student □ Retired □ Unemployed □ Disabled □ Other
   (please explain)_____

   Where do you work (if unemployed or retired, where **_DID_** you work) and for how long?
   _____

   What are/were your job duties?_____
   _____

   Where have you worked in the past and what type of work did you?_____
   _____
   _____

   Have you ever held a job that required you to hire, supervise, evaluate or fire other
   employees?

   □ Yes □ No

   If YES, please explain your responsibilities_____
   _____

3. How far did you go in school (if college or trade school, where did you attend, what was your
   major, and what degrees did you earn?)
   _____
   _____

NAME: _____ _____ JUROR NUMBER _____

4. Current status: ☐ Single ☐ Living with someone ____ yrs ☐ Married ____ yrs
☐ Separated _____ yrs ☐ Divorced _____ yrs ☐ Widowed _____ yrs
☐ Divorced/Widowed & Remarried _____ yrs

5. If living with someone, married, separated, divorced or widowed, please tell us about that person's employment. (*Check all that apply*): ☐ Full time ☐ Part time ☐Self-employed ☐ Homemaker ☐ Student ☐ Retired ☐ Unemployed ☐ Disabled ☐ Other (please explain) _____

Where does/did that person work and for how long? _____

What are/were that person's job duties?_____
_____

Where has that person worked in the past and what type of work did he/she do?
_____

How far did that person go in school (if college or trade school, where did that person attend what was his or her major, and what degrees did that person earn?
_____
_____

6. How many children do you have and what are their ages?
Ages of Sons_____ ____ Ages of Daughters _____ _____

7. Do you or anyone close to you have training, experience or special knowledge in any of the following fields:

☐ Business administration, accounting, auditing, bookkeeping, etc.
☐ Banking, financial matters, financial planning, budgeting or investments
☐ Contracts (Writing, Reviewing, Negotiating, Enforcing, etc.)
☐ Insurance (Investigating, evaluating or adjusting claims, etc.)
☐ Personnel or human resource management
☐ Law enforcement (e.g., Police, Sheriff, Constable, Adult or Juvenile Probation, Marshall, Investigator)
☐ Appraisal or valuation work (valuing property, businesses, investments, etc.)
☐ Law

NAME: _____ JUROR NUMBER _____

If ANY, please explain: _____

_____

_____

8. Have you or someone close to you ever felt that you were a victim of discrimination or retaliation?

☐ Yes ☐ No If YES, please explain: _____

_____

_____

9. Have you or someone else close to you been accused of discriminating or retaliating against someone else?

☐ Yes ☐ No If YES, please explain: _____

_____

_____

10. Have you or someone close to you ever filed a complaint, grievance, charge or lawsuit in which you claimed that you had been discriminated or retaliated against?

☐ Yes ☐ No If YES, please explain: _____

_____

_____

11. Have you or someone close to you ever been accused of discrimination or retaliation in a complaint, grievance, charge or lawsuit filed by someone else?

☐ Yes ☐ No If YES, please explain: _____

_____

_____

12. Have you or someone close to you ever had a complaint about how you had been treated by a supervisor?

☐ Yes ☐ No If YES, please explain: _____

_____

_____

NAME: _____  JUROR NUMBER _____

13. Have you or someone close to you ever felt that you had been the victim of sexual harassment?
□ Yes □ No If YES, please explain: _____
_____
_____

14. Have you or someone close to you ever been accused of sexual harassment?
□ Yes □ No If YES, please explain: _____
_____
_____

15. Have you or someone else close to you ever worked for a state, county, or local government?
□ Yes □ No If YES, please explain: _____
_____
_____

16. Have you or someone close to you ever been fired from any job?
□ Yes □ No If YES, please explain: _____
_____
_____

17. Who in your household is usually responsible for the family finances (bill paying, bookkeeping, income taxes, etc.)? _____
_____
_____

18. Have you served as a juror before? □ Yes □ If YES, please answer for each service:

| Circle One | Type/Nature of Case | Year | Verdict Reached | Were you the Foreperson? |
|---|---|---|---|---|
| Civil Criminal | | | □ Yes □ No | |
| Civil Criminal | | | □ Yes □ No | |
| Civil Criminal | | | □ Yes □ No | |

NAME: _____     JUROR NUMBER _____

If a verdict was **not** reached in any of the cases on which you served, please explain why:

_____

_____

_____

19. Do you, or someone close to you, know anyone involved in the legal field, either personally
    or professionally?
    ☐ Yes ☐ No If YES, please explain:_____

    _____

    _____

20. Have you or someone close to you ever hired an attorney or law firm? ☐ Yes  ☐ No  If
    YES, which attorney(s) or law firm(s) and what was the reason?

    _____

    _____

    _____

21. Have you or someone else close to you ever been a party to a lawsuit or other legal
    action? ☐ Yes ☐ No If YES, please explain:_____

    _____

    _____

22. Did you or anyone you know ever appear before former Judge James Blackstock for any civil
    or criminal matter?
    ☐ Yes ☐ No If YES, what was the disposition of the case?_____

    _____

    _____

23. Do you know anyone who has spent time in jail? ☐ Yes  ☐ No
    If YES, where and for what reason?_____

    _____

    _____

24. Do you know anyone who has gone through the juvenile probation system? ☐ Yes  ☐ No
    If YES, where and for what reason?_____

    _____

NAME: _____ JUROR NUMBER _____

25. Please list any civic, social, professional or religious organizations to which you now belong or have belonged in the past, volunteered your time, donated money, services, materials, etc. and tell us why and how you have been involved with those organizations.

_____
_____
_____

26. Please list all magazines and newspapers that you currently subscribe to or read:_____
_____
_____

27. Are you familiar with any of the following companies, firms or government organizations? Please circle each company or firm with which you are familiar:

Abrams Scott & Bickley, LLP

Law Offices of Jacqueline Armstrong

Blank Rome LLP

Brazoria County

Brazoria County Adult Probation Department

Brazoria County District Attorney's Office

Brazoria County Juvenile Board

Brazoria County Juvenile Probation Department

Galveston County

Galveston County Juvenile Probation Department

Law Offices of Anthony Griffin

Law Offices of Thomas Padgett

Rusty Hardin & Associates, LLP

Shellist|Lazarz|Slobin

Simpson PC

State Commission on Judicial Conduct

NAME: _____     JUROR NUMBER _____

28.  Are you familiar with any of the following individuals?  Please circle each individual with
     whom you are familiar:

| | | |
|---|---|---|
| Barry Abrams | Linda Hansche | Melanie Oldham |
| Jacqueline Armstrong | Judge Ben Harden | Thomas Padgett |
| Rick Avery | Rusty Hardin | Delpha Price |
| Ashley Baker | Judge Marc Holder | Judge Lori Rickert |
| Susan Bickley | Joyce Hudman | Jeremy Robin |
| Tonya Bittner | Judge Randall Hufstetler | Judge Patrick Sebesta |
| James Blackstock | Larry Johnson | Martin Shellist |
| Valerie Blackstock | Mikk Kalina | Iain Simpson |
| Will Blackstock | Judge Joe King | Becky Sirmans |
| Charles Bostrom | Kyle Knight | Vicki Spriggs |
| Lynnete Boudreaux | Brenda Lege | Christie Strawn |
| Jennifer Brevorka | Nora Lennon | Kyle Teat |
| Clay Caldwell | Marita Lewis | Lenette Terry |
| Victoria Cisneros-Gardzina | Alice Logsdon | Ken Walters |
| Diana Coates | Elsie Maggert | Joe Ware |
| James Rodney Coates | Judge Robert May | Judge Jeremy Warren |
| Janet Cox | Jim McCoy | James Williams |
| Allison Davis | Jeffrey McIlhaney | Jim Wiginton |
| Judge Ed Denman | Shawn Meuth | Stephanie Wollam |
| Charles Finch | Judge Jerri Mills | Kathy Woods |
| Michael Alan Fuller | Gladys Mitchell | Jeri Yenne |
| Margo Green | Brent Norris | |
| Anthony Griffin | Debbie Norris | |

NAME: _____ JUROR NUMBER _____

## SPACE FOR ADDITIONAL ANSWERS

NAME: _____    JUROR NUMBER _____

NAME: _____ JUROR NUMBER _____