IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DIANA COATES and <br> MARGO GREEN, <br> Plaintiffs | § § § § | |
| vs. | § § § | C.A. No. 3:10-cv-71 |
| BRAZORIA COUNTY, and <br> JAMES BLACKSTOCK, <br> Defendants | § § § § | **JURY TRIAL DEMANDED** |

## JUDGMENT

On February 7, 2013, Defendant BRAZORIA COUNTY served counsel for Plaintiff MARGO GREEN an Offer of Judgment under FED. R. CIV. P. 68. Plaintiff MARGO GREEN, within 14 days of service of the Offer of Judgment, requested entry of Judgment based upon Brazoria County's Offer.

Consequently, pursuant to FED. R. CIV. P. 54, it is ordered that the Plaintiff MARGO GREEN recover from the Defendant BRAZORIA COUNTY the amount of $425,000, inclusive of all damages, costs, and attorneys' fees accrued to date.

Signed this 20th day of February, 2013.

_____
Hon. Gregg Costa